# COUNTY OF SUFFOLK





★ MAR 19 2018

LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 19 2018 ★

LONG ISLAND OFFICE

**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*

Court Actions
631-852-2000 ext. 852

Date: 3/16/18

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index #619418/17_____, along with a copy of the Notice of Removal.

Since the above mentioned case is E-filed, there are no hard copies of the documents.

If you have any questions, please call the number at the top of this page.

Thank you,

Court Actions

18cv1619 (JS)(AYS)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
### COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES (NYSCEF)**

filed in my office on **03/16/2018**

and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **3/16/2018**       .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

**JUDITH A. PASCALE**

SEAL



NYSCEF  
Suffolk County Supreme Court

**Document List**  
**Index #  619918/2017**

Created on:03/16/2018 10:56 AM

Case Caption:  JANA MELTON - v. - VAN RU CREDIT CORPORATION  
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 10/13/2017 | Pashkin, M. |
| 2 | EXHIBIT(S)<br>Collection Letter | Processed | 10/13/2017 | Pashkin, M. |
| 3 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 03/15/2018 | Easley, A. |
| 4 | EXHIBIT(S)<br>Notice of Removal Filed in the USDC EDNY | Processed | 03/15/2018 | Easley, A. |

Page 1 of 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---------------------------------------------------------------X
JANA MELTON,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILARLY SITUATED,

INDEX NO. 619918/2017

      Plaintiff,

-against-

VAN RU CREDIT CORPORATION,

      Defendant.
---------------------------------------------------------------X

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Van Ru Credit Corporation, has filed a Notice of Removal of this action with the United States District Court, Eastern District of New York. A copy of the notice is attached hereto as Exhibit 1.

The removal of this action was authorized by 28 U.S.C. § 1446. The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court, for the Eastern District of New York.

Dated: March 15, 2018

Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (517286)
SESSIONS, FISHMAN, NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, NJ 08822-4938
Telephone: (908) 237-1660
Fax: (908) 237-1663
aeasley@sessions.legal
*Attorney for Defendant,*
*Van Ru Credit Corporation*

1

FILED: SUFFOLK COUNTY CLERK 03/15/2018 03:18 PM   INDEX NO. 619918/2017
NYSCEF DOC. NO. 3                                          RECEIVED NYSCEF: 03/15/2018

## CERTIFICATE OF SERVICE

I certify that on this 15th day of March, 2018, a copy of the foregoing was filed electronically in the New York State Courts Electronic Filing System. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

                Mitchell L. Pashkin
                775 Park Ave., Ste. 255
                Huntington, NY 11743
                mpash@verizon.net

                                      /s/ Aaron R. Easley
                                      Aaron Easley, Esq.